DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**ABHISHEK SHRIVASTAVA,**
Appellant,

v.

**MAKENZIE HUDSON,**
Appellee.

No. 4D2025-1725

[June 11, 2026]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Cheryl Annette Caracuzzo, Judge; L.T. Case No. 502024DR003323XXXANB.

Abhishek Shrivastava, Sunrise, pro se.

Ryan Tarnow of McLaughlin & Stern, PLLC, West Palm Beach, for appellee.

PER CURIAM.

*Affirmed.*

KLINGENSMITH, SHEPHERD and LOTT, JJ., concur.

\* \* \*

***Not final until disposition of timely-filed motion for rehearing.***